CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 24 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDRA A. BEASLEY, ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00163 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By Hon. Glen E. Conrad |
| MONTGOMERY COUNTY JAIL, ) | United States District Judge |
| Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This ___24th___ day of March, 2006.

_____
United States District Judge